MILLIE FISCHETTI et al., Respondents, v. CITY OF NEW YORK, Appellant.— Action by plaintiff wife to recover damages for personal injuries sustained when she slipped and fell on an icy crosswalk at a street intersection, and by her husband for medical expenses. Six days before the accident there had been a heavy fall of snow and sleet, followed by almost continuous freezing weather. Judgment entered on the verdict of a jury in favor of plaintiffs reversed on the law, with costs, and the complaint dismissed on the law, with costs. The findings of fact implicit in the jury's verdict are affirmed. The evidence fails to establish actionable negligence. (Dupont v. Village of Port Chester, 204 N. Y. 351; Seltzer v. City of New York, 266 App. Div. 880, affd. 292 N. Y. 560; Adams v. City of New York, 257 App. Div. 986; DeFeo v. City of New York, 262 App. Div. 898.) Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

In the Matter of AMITY HALL SCHOOL ASSOCIATION, INC., Appellant, against H. J. PALMER et al., Constituting the Board of Assessors of the Village of Croton-on-Hudson, et al., Respondents.— Order dismissing a writ of certiorari to review an assessment by the Village of Croton-on-Hudson of certain real property owned by the petitioner unanimously affirmed, without costs. (People ex rel. Masonic Hall Assn. v. White, 244 N. Y. 564.) Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ. [See post, p. 991.]

In the Matter of the Accounting of EDGAR F. LUCKENBACH, as Trustee under the Will of LEWIS LUCKENBACH, Deceased. WILLIAM R. CONKLIN, as General Guardian of EDGAR F. LUCKENBACH, JR., an Infant, et al., Appellants; ANDREA L. DOBBS et al., Respondents.— Decree of the Kings County Surrogate's Court dated July 6, 1943, and order dated February 15, 1944, resettling decree, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate of Lewis Luckenbach, deceased. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. [See post, p. 991.]

MATILDA LUCEY, Respondent, v. REGINALD LUCEY, Appellant.— Action for a separation brought by the plaintiff wife against the defendant husband. Order granting alimony pendente lite of $20 a week and a counsel fee of $150 affirmed, with $10 costs and disbursements. To the extent that there is merit in the contentions of the defendant, they should be advanced upon a trial and not in the course of the prosecution of an intermediate appeal. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur. [See post, p. 983.]

THOMAS MORRIS, Respondent, v. HILDA M. BAIRD, Appellant.— Action to have a conveyance of real property by the plaintiff to the defendant declared void and to compel a reconveyance of the property on the ground that the original conveyance was procured by fraud in connection with a promise of marriage, and that the parties have mutually agreed to rescind the contract of marriage. Order denying motion to dismiss the complaint reversed on the law, with $10 costs and disbursements, the motion granted, and the complaint dismissed, without costs. The maintenance of this action is barred. (Civ. Prac. Act, art. 2-A; Josephson v. Dry Dock Savings Institution, 292 N. Y. 666; Andie v. Kaplan, 263 App. Div. 884, affd. 288 N. Y. 685.) The cases relied on to the contrary were decided prior to the foregoing. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.